IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INDAH WILSON, | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| v. | ) Civil No. 1:16-cv-02241-KBJ |
| | ) |
| ON THE RISE ENTERPRISE, LLC | ) |
| d/b/a OOHHS & AAHHS, et al., | ) |
| | ) |
| **Defendants.** | ) |

## DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS

Defendants On the Rise Enterprise, LLC d/b/a Oohhs & Aahhs ("OTR") and Oji Abbott, and through their attorneys, Diane A. Seltzer Torre and The Seltzer Law Firm, hereby move pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss all or part of Plaintiff's Complaint in this matter.

First, Plaintiff's claims as set forth in Counts I, II, and III are time-barred.

Second, Plaintiff's claims as set forth in Count III do not state a cause of action under the law cited.

Third, Plaintiff sets forth remedies, not freestanding claims, in Counts IV, V, and VI and thus fails to state claims upon which relief can be granted.

Fourth, Plaintiff has not pleaded fraud with specificity in Count VII, and that claim is time-barred.

Finally, to the extent Plaintiff states a claim with respect to Counts III, IV, V, VI, and/or VII -- which Defendants in no way concede Plaintiff does -- such claims are state law claims, and this Court should decline to exercise pendent jurisdiction over such

claims after it dismisses Count I and Count II (which are the only claims that arise under federal law) of the Complaint.

For the reasons set forth in the accompanying Memorandum of Law in Support of this Motion, the Court should dismiss this action for failure to state a claim upon which relief can be granted, should enter judgment in Defendants' favor, and award to Defendants their attorneys' fees, costs and expenses incurred in defense hereof.

Respectfully submitted,

**THE SELTZER LAW FIRM**

/s/ Diane A. Seltzer Torre
Diane A. Seltzer Torre, Esquire
DC Bar No. 434571
4520 East West Highway, Suite 700
Bethesda, MD 20814
tel (301) 656-3400
fax (301) 951-8631
dseltzer@seltzerlawfirm.com
Attorneys for Attorneys for Defendants On the Rise Enterprise, LLC and Oji Abbott.

.

Dated: March 14, 2017

## CERTIFICATE OF SERVICE

I, Diane A. Seltzer Torre, Esquire, hereby certify that on this 14th day of March, 2017, I electronically filed the foregoing Defendants On the Rise Enterprise, LLC and Defendant Abbotts's Motion to Dismiss using the CM/ECF system, which will send a notification of such filing to the following:

Brent Ahalt, Esquire
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770
Attorneys for Plaintiff Indah Wilson

/s/ Diane A. Seltzer Torre
Diane A. Seltzer Torre