## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INDAH WILSON, | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| v. | ) Civil No. 1:16-cv-02241-KBJ |
| | ) |
| ON THE RISE ENTERPRISE, LLC | ) |
| d/b/a OOHHS & AAHHS, et al., | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Having considered Defendants Abbott and On the Rise Enterprise, LLC's Motion to Dismiss, any opposition thereto, and the record herein, it is this ____ day of _____, 2017,

**ORDERED** that Counts I, II and III are dismissed with prejudice as being barred by the statutes of limitation and thus failing to state a claim upon which relief may be granted; and it is further

**ORDERED** that Count III is dismissed as failing to state a claim upon which relief can be granted under the District of Columbia Wage Payment and Collection Act; and it is further

**ORDERED** that Counts IV, V and VI are dismissed as setting forth remedies, not freestanding claims, and thus failing to state a claim upon which relief may be granted; and it is further

**ORDERED** that Count VII is dismissed, as Plaintiff has not pleaded fraud with specificity and as the claim is barred by the statute of limitation and thus fails to state a claim upon which relief may be granted; and it is further

1

**ORDERED** that Counts III, IV, V, VI and VII are dismissed as they are state law claims, and this Court declines to exercise pendent jurisdiction over such claims after having dismissed Count I and Count II (arising under federal law) of the Complaint.

                                                                                         _____
                                                                                          United States District Court Judge
                                                                                          Ketanji Brown Jackson

Copies to:

Brent Ahalt, Esquire
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770
Attorneys for Plaintiff Indah Wilson


Diane A. Seltzer Torre, Esquire
4520 East West Highway, Suite 700
Bethesda, MD 20814
Attorneys for Defendants On the Rise Enterprise, LLC and Oji Abbott